IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT E. BLUE CONSULTING ENGINEEERS, P.C. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID CALLAN, DUMACK ENGINEERING, P.C., AND GIGLIOTTI GROUP, INC. | : | NO. 14-5152 |

### ORDER

AND NOW, this 17th day of February, 2015, upon consideration of Defendant Gigliotti Group, Inc.'s Motion to Dismiss (Docket No. 10), and Plaintiff's Response thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Gigliotti Group, Inc. and against Robert E. Blue Consulting Engineers, P.C., and that Gigliotti Group, Inc. is **DISMISSED** as a Defendant in this action.

BY THE COURT:

_____
John R. Padova, J.