IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT E. BLUE CONSULTING ENGINEEERS, P.C. | : : : | CIVIL ACTION |
| v. | : : | |
| DAVID CALLAN, DUMACK ENGINEERING, P.C. | : : | NO. 14-5152 |

## ORDER

**AND NOW**, this 10th day of March, 2015, upon consideration of Defendant Dumack Engineering, P.C.'s Motion to Dismiss (Docket No. 8), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.